**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 20 B 18110 |
| Christine Reed, | ) | Hon. Carol A. Doyle |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF OBJECTION**

TO:   Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

Chicago Patrolmen's Federal Credit Union c/o Caroline Hasten, Trunkett Trunkett, P.C. 20 N. Wacker Drive, Suite 1434, Chicago, IL 60606 via certified mail;

WELLS FARGO BANK, N.A. c/o Dana N O'Brien, McCalla Raymer Pierce, LLC 1 N Dearborn Street, Suite 1200, Chicago, IL 60602 via certified mail;

U.S. Bank National Association, not in its Individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT c/o Molly S Simons, Sottile Barile, LLC, 394 Wards Corner Road, Suite 180, Loveland, OH 45140 via certified mail;

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT c/o Molly S Simons, Sottile Barile, LLC, 394 Wards Corner Road, Suite 180, Loveland, OH 45140 via certified mail;

Forest Glen Association, Inc. c/o Bryan M Wiley, Keough Moody, PC, 114 East Van Buren, Naperville, IL 60540 via certified mail;


See attached Service List.


        Please take notice that Christine Reed, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, objects to the Notice of Motion and Motion for Relief from Stay as to 2345 185th Street #21, Lansing, IL 60438. Filed by Molly S Simons on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT, at docket entry number 47.

## **PROOF OF SERVICE**

       The undersigned, an attorney certifies that he sent a copy of this notice on January 7, 2022, to the above-mentioned Chapter 13 Trustee via electronic court notification, the creditors listed above and the attached Service List via regular U.S. Mail, postage prepaid, from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Steve Miljus*
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625
smiljus@semradlaw.com